UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREENSLATE HOLDINGS LLC,

    Plaintiff,

-against-

GREENSLATE LOANS, INC.,

    Defendant.

1:19-cv-08967-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2020

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed its Complaint on September 26, 2019 [ECF 1]. Proof of service filed with the Court on December 31, 2019 reflects that Defendant was served with the complaint on December 19, 2019 [ECF 9]. To date, Defendant has not answered the Complaint or otherwise appeared in this action.

Accordingly, it is hereby ORDERED that any motion for entry of a default judgment is due on or before **April 17, 2020**. Any opposition is due **April 24, 2020.** Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. If no motion is filed Plaintiff's case may be dismissed with prejudice for failure to prosecute.

**SO ORDERED.**

**Date:** March 24, 2020      _____
        New York, NY                   **MARY KAY VYSKOCIL**
                                             **United States District Judge**